**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ZACHARY BARSON,

        Plaintiff,

v.                                               Case No:   6:13-cv-1767-Orl-40TBS

RYAN W. SHARR,

        Defendant.

**ORDER**

This cause is before the Court on Plaintiff's Amended Motion to Default Final Judgment (Doc. 40) filed on October 14, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part and DENIED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 4, 2014 (Doc. 43), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Amended Motion to Default Final Judgment (Doc. 40) is hereby **GRANTED in part and DENIED in part**.

3. The Court enters **JUDGMENT** on Count I of Plaintiff's complaint in favor of Plaintiff Zachary Barson and against Defendant Ryan W. Starr for damages in the amount of $90,000; costs in the amount of $607.30; and attorney's fees in the amount of $6,829.87.

4. Count II of the complaint is **DISMISSED without prejudice.**

5. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Orlando, Florida on November 24, 2014.

                                                           _____
                                                           PAUL G. BYRON
                                                           UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties